IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES TUMINELLO                                                                            PLAINTIFF

V.                                                           CIVIL ACTION NO. 4:08cv110 DPJ-JCS

U.S. PHYSICAL THERAPY, INC.,
LAUREL PHYSICAL THERAPY
LIMITED PARTNERSHIP a/k/a
SOUTH MISSISSIPPI PHYSICAL
THERAPY – BAY SPRINGS,
REHAB PARTNERS, # 6, INC.                                                              DEFENDANTS

## ORDER OF DISMISSAL

The Court hereby orders that this case should be and hereby is dismissed with prejudice, each party to bear his own costs.

**SO ORDERED AND ADJUDGED** this the 7th day of July, 2009.

                                     s/ *Daniel P. Jordan III*
                                      UNITED STATES DISTRICT JUDGE

| **Prepared by**: | Agreed as to form and content: |
|---|---|
| ASHLEY ELEY CANNADY (MSB No. 101253) | JOHN F. HAWKINS |
| BETHANY BRANTLEY JOHNSON (MSB No. 10423) | W. ANDREW NEELY |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | Hawkins, Stracener, & Gibson, PLLC |
| 100 Renaissance | Jackson, MS 39225-4627 |
| 1022 Highland Colony Parkway, Suite 200 | Telephone: (601) 969-9692 |
| Ridgeland, Mississippi 39157 | Facsimile: (601) 914-3580 |
| Telephone: (601) 360-8444 | **Attorneys for Plaintiff** |
| Facsimile:(601) 360-0996 | |
| **Attorneys for Defendant** | |